UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2004 APR -1  PM 2: 43

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

BLUE SPIKE, INC. and WISTARIA
TRADING, INC.,

Plaintiffs,

v.

PANASONIC, INC., MATSUSHITA
ELECTRIC CORPORATION OF
AMERICA, MATSUSHITA ELECTRIC
INDUSTRIAL COMPANY, LTD., JVC
COMPANY OF AMERICA, INC., JVC
AMERICAS CORPORATION, VICTOR
COMPANY OF JAPAN, LTD., TOSHIBA
AMERICA CONSUMER PRODUCTS,
INC., TOSHIBA AMERICA, INC., and
TOSHIBA CORPORATION,

Defendants.

CASE NO. 04-20773 CIV-LENARD

MAGISTRATE JUDGE
SIMONTON

**COMPLAINT FOR PATENT INFRINGEMENT
AND DEMAND FOR JURY TRIAL**

Plaintiffs Blue Spike, Inc. and Wistaria Trading, Inc. ("Blue Spike" or "Plaintiffs") allege against defendants Panasonic, Inc., Matsushita Electric Corporation of America, Inc., Matsushita Electric Industrial Co., Ltd. (collectively "Panasonic"), JVC Company of America, Inc., JVC Americas Corporation and Victor Company of Japan, Ltd. (collectively "JVC"), Toshiba America Consumer Products, Inc., Toshiba America, Inc. and Toshiba Corporation (collectively "Toshiba") (all defendants hereinafter together referred to as the "Defendants") as follows:



## JURISDICTION

1. This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 271 et seq. This Court has jurisdiction pursuant to 28 U.S.C., §§ 1331 and §1338(a).

## VENUE

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 28 U.S.C. § 1400(b).

## THE PARTIES

3. Plaintiffs, Blue Spike, Inc. and Wistaria Trading, Inc. are both Florida corporations, and each having a principal place of business at 16711 Collins Avenue, No. 2505, Sunny Isles Beach, Florida 33160.

4. On information and belief, Panasonic, Inc. is a Foreign corporation having a principal place of business at One Panasonic Way, Secaucus, NJ 07094. Panasonic, Inc. is, on information and belief, a subsidiary of Matsushita Electric Corporation of America which in turn is a subsidiary of Matsushita Electric Industrial Co., Ltd. of Osaka, Japan.

5. On information and belief, Panasonic has committed a tortious act within this state and elsewhere as more fully described herein, and is therefore subject to the jurisdiction of this court under § 48.193(1)(b), Fla. Stat.

6. On information and belief, JVC Company of America, Inc. is a Foreign corporation having a principal place of business at 1700 Valley Road, Wayne, NJ. JVC Company of America, Inc. is, on information and belief, a subsidiary of JVC Americas

Corporation, which in turn is a subsidiary of Victor Company of Japan, Ltd., which itself is a subsidiary/affiliate of Matsushita Electric Industrial Co., Ltd. of Osaka, Japan.

7. On information and belief, JVC has committed a tortious act within this state and elsewhere as more fully described herein, and is therefore subject to the jurisdiction of this court under § 48.193(1)(b), Fla. Stat.

8. On information and belief, Toshiba America Consumer Products, Inc. is a Foreign corporation having a principal place of business at 82 Totowa Road, Wayne, NJ 07470. Toshiba America Consumer Products, Inc. is, on information and belief, a subsidiary operating company of Toshiba America, Inc., which in turn is a subsidiary of Toshiba Corporation of Japan.

9. On information and belief, Toshiba has committed a tortious act within this state and elsewhere as more fully described herein, and is therefore subject to the jurisdiction of this court under § 48.193(1)(b), Fla. Stat.

## COUNT I

(Infringement of United States Patent No. 5,889,868)

10. The allegations of paragraphs 1 – 9 above are incorporated herein by reference.

11. On March 30, 1999, United States Patent No. 5,889,868 (the '868 Patent), entitled "Optimization Methods For The Insertion, Protection, And Detection Of Digital Watermarks In Digitized Data", was duly and legally issued. Plaintiff Wistaria Trading, Inc. is the owner of the '868 Patent and it is exclusively licensed to Blue Spike, Inc.

12. On information and belief, Defendants have been and still are infringing, contributing to the infringement of, and/or inducing the infringement of the '868 Patent

by making, selling, using, and/or offering for sale digital audio and video players, *inter alia*, DVD-Audio players and portable music players, that practice the patented invention and will continue to do so unless enjoined by this Court.

13. On information and belief, Defendants' infringement of the '868 Patent has been and continues to be willful, entitling Plaintiffs to enhanced damages.

14. Plaintiffs have been damaged by Defendants' infringement, which will continue unless enjoined by this Court.

## COUNT II

### (Infringement of United States Patent No. 6,522,787)

15. The allegations of paragraphs 1 – 9 above are incorporated herein by reference.

16. On February 18, 2003, United States Patent No. 6,522,787 (the '787 Patent), entitled "Optimization Methods For The Insertion, Protection, And Detection Of Digital Watermarks In Digitized Data ", was duly and legally issued. Plaintiff Wistaria Trading, Inc. is the owner of the '787 Patent and it is exclusively licensed to Blue Spike, Inc.

17. On information and belief, Defendants have been and still are infringing, contributing to the infringement of, and/or inducing the infringement of the '787 Patent by making, selling, using, and/or offering for sale digital audio and video players, *inter alia*, DVD-Audio players and portable music players, that practice the patented invention and will continue to do so unless enjoined by this Court.

18. On information and belief, Defendants' infringement of the '787 Patent has been and continues to be willful, entitling Plaintiffs to enhanced damages.

19. Plaintiffs have been damaged by Defendants' infringement, which will continue unless enjoined by this Court.

## COUNT III

### (Infringement of United States Patent No. 5,905,800)

20. The allegations of paragraphs 1 – 9 above are incorporated herein by reference.

21. On May 18, 1999, United States Patent No. 5,905,800 (the '800 Patent), entitled "Method and System for Digital Watermarking" was duly and legally issued. Plaintiff Wistaria Trading, Inc. is the owner of the '800 Patent and it is exclusively licensed to Blue Spike, Inc.

22. On information and belief, Defendants have been and still are infringing, contributing to the infringement of, and/or inducing the infringement of the '800 Patent by making, selling, using, and/or offering for sale digital audio and video players, *inter alia*, DVD-Audio players and portable music players, that practice the patented invention and will continue to do so unless enjoined by this Court.

23. On information and belief, Defendants' infringement of the '800 Patent has been and continues to be willful, entitling Plaintiffs to enhanced damages.

24. Plaintiffs have been damaged by Defendants' infringement, which will continue unless enjoined by this Court.

**WHEREFORE**, Plaintiffs pray for judgment and relief as follows:

A.	Enter judgment that the Defendants have infringed U.S. Patent Nos. 5,889,868, 6,522,787 and 5,905,800.

B.	Enter judgment that the Defendants' acts of patent infringement are willful;

C.	Temporarily, preliminarily and permanently enjoin the Defendants, their parents, subsidiaries, affiliates, divisions, officers, agents, servants, employees, directors, partners, representatives, and all parties in active concert and/or participation with it, from engaging in the aforesaid unlawful acts of infringement;

D.	Order Defendants to account for and pay to Plaintiffs all damages caused to Plaintiffs by Defendants' unlawful acts;

E.	Award Plaintiffs increased damages and attorney fees pursuant to 35 U.S.C. §§ 284 and 285;

F.	Award Plaintiffs their interest and costs incurred in this action; and

G.	Grant Plaintiffs such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues so triable.

Respectfully submitted

BLUE SPIKE, INC. and WISTARIA TRADING, INC.

By: _____
Jill Nexon Berman
Berman Rennert Vogel & Mandler, P.A.
100 Southeast Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4173
Facsimile: (305) 373-6036

Of Counsel:

Paul J. Hayes, Esq.
Joseph P. Messina, Esq.
William D. Belanger, Esq.
David F. Crosby, Esq.
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241


Dated: April 1, 2004



LIT 1450119v1

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  04-20773

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-LENARD**

## I.(a) PLAINTIFFS
BLUE SPIKE, INC. and
WISTARIA TRADING, INC.

2004 APR -1 PM 2:42
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**DEFENDANTS**
PANASONIC, INC., et al.,

**MAGISTRATE JUDGE SIMONTON**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dade  04-20773-CIV-Lenard/Simonton

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BERMAN RENNERT VOGEL & MANDLER, P.A.
100 S.E. 2nd Street, Suite 2900
Miami, FL 33131-2130

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | B☐ 640 R R & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via 1-5 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY  (See instructions):
JUDGE_____  DOCKET NUMBER_____

DATE  4/1/04

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

$150.00  899163
04/01/04